UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS PHILLIP PONCE,<br><br>　　　　　　Petitioner,<br><br>　vs.<br><br>T. FELKER, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 07-02705 ODW (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of LUIS PHILLIP PONCE for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 06/18/2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE